

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 22, 2023

**By E-Mail**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:**   ***United States v. Edwin Alamo, Jr., et al.*, S2 22 Cr. 252**

Dear Judge McCarthy:

In light of the arrest of the defendant, Edwin Alamo, Jr., in the above-referenced case, the Government respectfully requests that the Second Superseding Indictment be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Timothy Ly/Steven Kochevar
Assistant United States Attorney
(914) 993-1910 // (212) 637-2262

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy

1-23-2023