**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

December 20, 2023

**BY ECF**

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED:

_/s/_
Vincent L. Briccetti, U.S.D.J.
Dated: 12/21/23
White Plains, NY

Re:   *United States v. Edwin Alamo, Jr.*, S3 22 Cr. 252 (VB)

Dear Judge Briccetti,

The Government writes respectfully pursuant to the Court's direction that the Government file a status update letter regarding defendant Edwin Alamo, Jr., and the trial in *United States v. Joyner* et al., 21 Cr. 673 (ALC). Alamo testified at the trial in *Joyner*, pursuant to his cooperation agreement. The *Joyner* trial remains ongoing, and the Government expects it to reconvene on January 3, 2024, to complete summations. In light of the ongoing *Joyner* trial and Alamo's cooperation, the Government respectfully requests that the parties submit another status letter in approximately 90 days, or by March 19, 2024. Defense counsel consents to this request.

Thank you for your consideration of this submission.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Steven J. Kochevar
Steven J. Kochevar
Assistant United States Attorney
(212) 637-2262

cc (by ECF): Counsel for Edwin Alamo, Jr.