UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

v.

EDWIN ALAMO, JR.

               Defendant.

No. 22-cr-252 (ALC)

**ORDER**

The Court adjourns the sentencing in this case as to Defendant Edwin Alamo, Jr., previously scheduled for April 10, 2025 at 2:00 p.m. The Parties shall appear before the Court on April 10, 2025 at 10 a.m. The Parties are further advised that the sentencing will take place in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 17, 2025
New York, NY