

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/3/25
```

March 28, 2025

Hon. Vincent L. Briccetti
Hon. Charles L. Brieant, Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Hon. Andrew L. Carter
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States v. Orengo, et al.*, 22 Cr. 252 (VLB)
    *United States v. Alamo*, 22 Cr. 252-4 (ALC)

Dear Judges Briccetti and Carter:

  The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. I am departing the U.S. Attorney's Office for other employment.

          Respectfully submitted,

          MATTHEW PODOLSKY
          Acting United States Attorney

        By: /s/ *Steven J. Kochevar*
          Steven J. Kochevar
          Assistant United States Attorney
          (212) 637-2262

cc: All Counsel of Record (by ECF)

The application is **GRANTED**.
So Ordered.

*[signature: Andrew L. Carter]*
4/3/25