USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-10-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

vs.

Edwin Alamo, Jr.

---

22 Cr. 252 ( ALC )

Order

To: U.S. Marshals Office

It is hereby ordered :

That the Defendant,  Edwin Alamo, Jr.  , Reg # 70105-050

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to

release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

4/10/25
_____
Date